

RECEIVED IN PRO SE OFFICE
DEC 13 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DIANA CAROL CASH

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

GILEAD Sciences Inc.
SHOOK, HARDY & BACON LLP.
ATTORNEY

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. __CV 22-7607__
(to be filled in by the Clerk's Office)

Jury Trial: ☒ Yes ☐ No
(check one)

Komitee, J.
Bloom, M.J

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Diana Carol Cash
Street Address: 1506 Ocean Avenue
City and County: Brooklyn, NY 11230
State and Zip Code: 11230
Telephone Number: 718-676-4904
E-mail Address: CashDiana444(at)gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Shook Hardy & Bacon, LLP
Job or Title (if known): Attorney
Street Address: 1325 Avenue of the Americas
City and County: New York
State and Zip Code: New York 10019
Telephone Number: 212-779-6103
E-mail Address (if known): wvita(at)shb.com

Defendant No. 2
Name: Gilead Sciences Inc
Job or Title (if known): 
Street Address: 
City and County: 

2

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address City | _____ |
| and County State | _____ |
| and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address City | _____ |
| and County State | _____ |
| and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. EAsteRN 28 USC § 1331 under 28 USC § 1332

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**   28 USC § 1331 / under 28 USC § 1332

   1. The Plaintiff(s)

      a. If the plaintiff is an individual

         The plaintiff, *(name)* Diann C Cash, is a citizen of the State of *(name)* Diana Cash

      b. If the plaintiff is a corporation

         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2. The Defendant(s)

      a. If the defendant is an individual

         The defendant, *(name)* Shook Hardey Bacon LLP, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

4

b. If the defendant is a corporation

The defendant, *(name)* __Gilead Science__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: 75,000 Because of Skin reaction Rash, sore throat, burning eyes skin pain red or purple skin Blistering and Peeling, Rash

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Gilead Sciences Inc. Medication have given me sides effect, I'm entitled because of the damges of others Reliefs. The defendant Attorney Doesn't have experience. And Gilead Sciences Inc. have and HAD clients die from Liver and Kidney failure. Gilead Science violated my Rights the Plaintiff. Taken Atriple medication Since 2008 Involvement of Conduct of my Health. Claim Eyes torn yellowing and Swelling in Stomach, loss of appetite, Dark Urine, yellowing of Skin

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Life Threating Side Effects These included build up lactic Acid in the blood. lactic Acidosis) Can cause liver problems Severe skin rash allergic reaction mental Health and Can kill me. Kidney failure. My damages Amount from the side effects in the Amount of 75, 000, 00.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 · 13, 2022

Signature of Plaintiff

Printed Name of Plaintiff: Diana C.

November-24-2021

I Diana Cash was a part of A law Suit Class Action Against Gilead Sciences Inc on March 15-2021 Counsel Hillard Martinez Gonzales. Drop me from law suit Class Action Because my Body organ wasen't damage now for taken medicine Gilead Sciences Inc. I was taking there medicine since 2010 to 2018 HIV medicine (Atripla) All of side effects I had. Atripla Can Cause Serious life threatening Side effects These include a buildup of lactic acid in the Blood (lactic acidosis) liver problems, severe skin rash and allergic reactions mental Health problems and new or worsening kidney problems including kidney failure.

I was taking Atripla every 30 days. My weight went from 165 pounds to 223 pounds. I had false drug results from urine test twice Because of Atripla. Atripla is a trade MARK of Bristal-Myers Squibb & Gilead Science LLC. August-11-2006 Since 2018 a Large number of Plaintiff's have filed law suits against Gilead Science, Inc. Including one case related to their

drug Letaris which resulted in the manufacturer agreeing to settle for 97 million Gilead Agrees to Pay 2020 the Price of Atripla is 3000 My Heart goes out to victims of class action Law Suit. Now my Kidney is Being watch by my Primary doctor is watching. So I hope in the furture I stay well Counsel for Defendant Gilead Sciences Inc Leigh Ann Massey (Shook Hardy & Bacon withdraw as counsel related to my claims. But gave 30 days retained new Counsel in this matter. But if I havent not retained new Counsel and I are continuing to represent my own interests.

drug Letan's which resulted in the manufacturer agreeing to settle for 97 million Gilead Agrees to Pay 2020 the Price of Atripla is 3000 My Heart goes out to Victms of Class Action Law Suit. Now my Kidney is Being Watch by my Primary doctor is Watching. So I hope in the furture I stay well Counsel for Defendant Gilead Sciences, Inc Leigh Ann Massey ( Shook Hardy & Bacon Withdraw as Counsel related to my Claims. But gave 30 days retained new Counsel in this matter. But if I havent not retained new Counsel and I are Continuing to represent my own interests.